UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE MASON, individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>-against-<br><br>SNYDER'S-LANCE, INC. AND S-L SNACKS NATIONAL LLC d/b/a KETTLE FOODS,<br><br>Defendants. | Case 1:18-cv-06423-GHW<br><br>**STIPULATION TO TRANSFER VENUE** |

Pursuant to 28 U.S.C. § 1404, Plaintiff Denise Mason and Defendants Snyder's-Lance, Inc. and S-L Snacks National LLC d/b/a Kettle Foods (collectively, the "Parties") hereby stipulate and agree as follows:

Whereas, this putative class action (the "Action") was filed on July 16, 2018, alleging – *inter alia* – that Defendants made misleading representations by labeling certain products with the terms "Natural" or "No Preservatives;"

Whereas, on July 20, 2015, the United States District Court for the Southern District of Florida entered a Final Judgment and Order Approving a Settlement Agreement, in the case of *Deena Klacko, individually and on behalf of all other similarly situated, vs. Diamond Foods, Inc.*, Case No. 14-CV-80005-BLOOM/Valle (Doc. No. 71) (the "Final Judgment"). A copy of the Final Judgment is attached hereto as **Exhibit A**;

Whereas, the Final Judgment resolved putative class actions concerning the Defendants labeling of certain products with certain terms, including (but not limited to) "Natural," "No Preservatives," or "Nothing Artificial," including the products at issue in this Action;

Whereas, the Final Judgment has an express provision concerning retention of jurisdiction by the Southern District of Florida for matters relating to the Final Judgment and underlying Settlement Agreement, stating in relevant part:

> Without in any way affecting the finality of this Final Judgment and Order Approving Settlement, this Court hereby retains jurisdiction as to all matters relating to administration, consummation, enforcement, and interpretation of the Agreement and of this Final Judgment and Order Approving Settlement, and for any other necessary purpose.

*See* Exhibit A at ¶ 2;

Whereas, the Parties agree that in light of the language of ¶ 2 of the Final Judgment, that venue of this Action is proper in the Southern District of Florida insofar as the claims and defenses in this Action may involve the interpretation and/or enforcement of the Final Order and Agreement; and

Whereas, "in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a);

**NOW THEREFORE**, in consideration of the foregoing, and pursuant to § 1404(a), the Parties agree and stipulate to the transfer of this Action to the United States District Court to the Southern District of Florida, and request that this Action be transferred accordingly.

141496355.2

Dated: October 2, 2018

**GABRIELLI LEVITT LLP**

By: */s/ Michael Gabrielli*
Michael Gabrielli
2426 Eastchester Road, Suite 103
Bronx, New York 10469
Telephone: (718) 708-5322
Facsimile: (718) 708-5966
Michael@gabriellilaw.com

*Counsel for Plaintiff*

Respectfully submitted,

**PERKINS COIE LLP**

By: */s/ Jalina J. Hudson*
Jalina J. Hudson
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112
Tel: (212) 262-6900
Facsimile: (212) 977-1649
jhudson@perkinscoie.com

Charles S. Sipos
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-3983
Facsimile: (206) 359-4983
CSipos@perkinscoie.com

*Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2018

_____
HON. GREGORY H. WOODS
United States District Court Judge

141496355.2